No. 715. RIOS v. RAGEN, WARDEN;
No. 716. FRITZ v. RAGEN, WARDEN; and

No. 724.   MICHALOWSKI v. RAGEN, WARDEN.   January 2, 1945.   Petitions for writs of certiorari to the Supreme Court of Illinois denied.